1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )  1:08-CV-01409-LJO-SMS
                                        )
12          Plaintiff,                  )
                                        )  **APPLICATION AND ORDER FOR**
13     v.                               )  **PUBLICATION**
                                        )
14  APPROXIMATELY $7,172.00 IN U.S.     )
    CURRENCY,                           )
15                                      )
            Defendant.                  )
16  _____  )

17         The United States of America, Plaintiff herein, applies for an order of publication as follows:

18         1.     Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

19  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

20  notice of the action and arrest to be given in a newspaper of general circulation or on the official

21  internet government forfeiture site;

22         2.     Local Rule 83-171, Eastern District of California, provides that the Court shall

23  designate by order the appropriate newspaper or other vehicle for publication;

24         3.     The defendant approximately $7,172.00 in U.S. Currency (hereafter "defendant

25  currency") was seized in the city of Farmersville, in Tulare County, California.   The Drug

26  Enforcement Administration ("DEA") published notice of the nonjudicial forfeiture of the defendant

27  currency on June 9, 16, and 23, 2008 in the *Wall Street Journal*.

28  ///

1      4.      Plaintiff proposes that publication be made as follows:

2              a.      One publication;

3              b.      Thirty (30) consecutive days;

4              c.      On the official internet government forfeiture site www.forfeiture.gov;

5              d.      The publication is to include the following:

6                      (1)      The Court and case number of the action;

7                      (2)      The date of the arrest/seizure;

8                      (3)      The identity and/or description of the property arrested/seized;

9                      (4)      The name and address of the attorney for the Plaintiff;

10                     (5)      A statement that claims of persons entitled to possession or claiming

11   an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the

12   attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet

13   government forfeiture site; and

14                     (6)      A statement that answers to the Complaint or a motion under Rule 12

15   of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days

16   after the filing of the claims and, in the absence thereof, default may be entered and condemnation

17   ordered.

18   Dated: September 19, 2008                    McGREGOR W. SCOTT
                                                  United States Attorney
19

20
                                                   /s/ Stephanie Hamilton Borchers
21                                                STEPHANIE HAMILTON BORCHERS
                                                  Assistant United States Attorney
22

23                                               **ORDER**

24

25
        IT IS SO ORDERED.
26
        **Dated:      September 30, 2008               /s/ Gary S. Austin**
27                                                UNITED STATES MAGISTRATE JUDGE

28