UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 08-1409 LJO SMS |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| APPROXIMATELY $7,172 IN U.S. CURRENCY, | |
| Defendant. / | |

Counsel has notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than December 14, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the December 2, 2009 settlement conference, April 21, 2010 pretrial conference, and July 19, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   November 13, 2009**               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE